# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 DEC 19 A 9: 59

CLERK OF COURT

Lawrence Howard

Full name of plaintiff(s)

v.

25-C 1996

Case No. _____

(Provided by the Clerk of Court)

Milwaukee County

Full name of defendant(s)

---

## NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT
## WITHOUT PREPAYING THE FILING FEE

---

Answer the following questions to the best of your ability.

**Note:** If you do not tell the truth, the Court may dismiss your lawsuit.

## I. Personal Information

1) Are you employed? ☐ Yes ☑ No

2) Are you married? ☐ Yes ☑ No
   If "Yes," is your spouse employed? ☐ Yes ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes ☑ No
   If "Yes," list them below:

| Relationship to You | Age | Amount of Support (Provided per Month) |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

Case 1:25-cv-01996-BBC    Filed 12/19/25    Page 1 of 4    Document 2

**II.** **Income** – If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ _____0_____

2) Provide the name and address of your employer(s):

_____

3) State your spouse's total *monthly* wages or salary? $ _____

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income                                     Amount

_____None_____          $ _____

_____          $ _____

**III.** **Expenses** – If you are married or have dependents, *your expenses should also include your household's expenses.*

1) Identify the following amounts that you pay per month:

☐ Rent  or ☐ Mortgage          $ _____

Car payment(s)                       $ _____

Alimony or court-ordered child support $ _____

Credit card payment(s)               $ _____

Other household expenses          $ __*Phone Bill*_____
(e.g., groceries, clothing, medical costs,
utilities, cell phone, internet, etc.)

Case 1:25-cv-01996-BBC   Filed 12/19/25   Page 2 of 4   Document 2

2) Do you have any other *monthly* expenses that you have not already listed?
☐ Yes ☑ No

If "Yes," list them below:

| Expense | Amount |
| --- | --- |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

3) What are your total *monthly* expenses? $ __$60__

**IV. Property** – If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes ☑ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
| --- | --- | --- |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

2) Do you own your home(s)? ☐ Yes ☑ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes ☑ No

If "Yes," state the total of such sums. $ _____

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes  ☑ No

If "Yes," describe the property and the approximate value(s).

_____

**V. Other Circumstances** – Describe any other financial circumstance(s) that you would like the Court to consider when reviewing this petition.

My criminal court case is holding me up
From Employment

_____

_____

_____

_____

I, Lawrence Howard declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint. I declare under penalty of perjury that the foregoing is true and correct.

12-19-2025
**Date**

**Signature**