UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JAN 30  A II: 23

CLERK OF COURT

**LAWRENCE HOWARD,**

Plaintiff,


v.


**JOHN DOE, Medical Staff Member;**

**DENITA BALL, Milwaukee County Sheriff,**

Defendants.


Case No. **1:25-cv-01996-BBC**


## PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC FILING (CM/ECF)


Plaintiff **Lawrence Howard**, proceeding **pro se**, respectfully moves this Court for an Order granting him permission to file and receive documents electronically through the Court's **CM/ECF system**, pursuant to **Federal Rule of Civil Procedure 5(d)(3)** and the **Local Rules of the United States District Court for the Eastern District of Wisconsin**.


In support of this Motion, Plaintiff states as follows:

1.  Plaintiff is the **pro se plaintiff** in this civil action, which has proceeded past initial screening pursuant to the Court's prior orders.

2.  Plaintiff has **reliable and continuous access** to the internet, email, and computer equipment necessary to prepare, convert, and submit filings in **PDF format** in compliance with CM/ECF technical and procedural requirements.

3.  Plaintiff is **familiar with the Federal Rules of Civil Procedure**, the **Local Rules of this Court**, and the **policies governing electronic filing**, and understands that CM/ECF privileges are conditioned on strict compliance and may be revoked for misuse or

noncompliance.

4. Granting Plaintiff permission to participate in electronic filing will **promote judicial efficiency**, reduce administrative delay, and conserve judicial resources by ensuring prompt filing, service, and receipt of pleadings, motions, and Court orders.

5. Plaintiff understands that service upon registered CM/ECF users will be effected automatically through the CM/ECF system and acknowledges continuing responsibility for proper service upon any party not participating in electronic filing.

For the foregoing reasons, Plaintiff respectfully requests that the Court **grant leave for Plaintiff to participate in electronic filing** in this matter and authorize Plaintiff's access to the Court's **CM/ECF system**.

Respectfully,
Lawrence Howard

Plaintiff, pro se
120 East National Ave

Milwaukee, WI 53204

414-439-5245

Lawrenceh2014@gmail.com