UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

Lawrence Howard,

Plaintiff,

v. Case No. 25-CV-1996

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUN -3 A 9: 03

CLERK OF COURT

Jeffrey Gruenke,

Defendant.

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Plaintiff Lawrence Howard hereby notifies the Court that his address and contact information have changed. Plaintiff respectfully requests that the Court update its records and direct all future correspondence, notices, and filings to the following address and contact information:

**Mailing Address:**

Lawrence Howard

1345 North Jefferson Street, Apt. 164

Milwaukee, WI 53202

**Telephone Number:**

(414) 719-0587

**Email Address:**

lawrenceh2039@gmail.com

Plaintiff respectfully requests that the Clerk of Court update the Court's records to reflect this change.

Dated: 6-3 , 2026

Respectfully submitted,

**Lawrence Howard**

Plaintiff, Pro Se

1345 North Jefferson Street, Apt. 164

Milwaukee, WI 53202

Telephone: (414) 719-0587

Email: lawrenceh2039@gmail.com

Signature: _____

Lawrence Howard