## INTRODUCTION

While you are in the Milwaukee County Jail (MCJ), your basic needs will be met, your rights will be protected, and you will reside in a safe and secure environment. The MCJ is a direct supervision facility. This means you must comply with jail rules and regulations and follow the instructions of staff members. Your cooperation will allow you access to privileges and programs.

## EXPECTED BEHAVIOR

As an occupant in the MCJ you are **expected** to:

- Follow all rules and regulations
- Follow all orders and directives from jail staff
- Maintain good personal hygiene consistent with group living
- Maintain a clean and orderly cell/common area
- Respect jail staff, volunteers & other occupants

**Unacceptable behavior may result in a loss of privileges and isolation from other occupants and/or a move to a restrictive housing unit.**

## OCCUPANT RIGHTS

You have the right to:

- A safe and secure environment
- Be treated with respect, impartiality, and fairness
- Freedom of religious affiliation and worship
- Correspond with family and friends
- Correspond with the news media
- Access court and legal counsel
- Medical and dental care
- Nutritious meals
- Clean clothing, bedding, showers (shaves and hair care)
- Daily exercise
- Protection from abuse, corporal punishment, personal injury, disease, and damage to or theft of your property.

## GENERAL INFORMATION

- Clean clothing will be distributed twice per week. All clothing and linen will be exchanged on a one-for-one basis. Ripped or torn items must be returned to the officer immediately.
- Contraband is considered anything that is not issued by the MCJ or that is not sold through commissary.
- You will be searched when it is necessary to maintain the safety and security of the institution. Daily inspections of your housing unit will be conducted.
- Occupants are required to always wear their wristband ID. Intentional damage to or removal of a wristband may result in segregation.
- There will be no wearing of rubber bands, t-shirts, socks, aluminum foil, strings, etc. on your head or in your hair.
- The MCJ will provide three meals a day. Times vary among housing units. Special dietary meals must be requested from and approved by the Health Services Unit.
- The MCJ utilizes patrol dogs within its perimeter. Harassment of a patrol dog may result in discipline.
- We have educational programs for occupants, if you are interested in attending these programs you are to submit a request to Programs on the Kiosk.
- Religious services are conducted in housing units by volunteers. Should you require any religious accommodations such as a prayer rug, Kosher diet, or religious material you are to submit a request through the Kiosk to Programs. They will ensure all your religious needs are addressed.

## GENERAL HOUSING UNIT RULES

1. Occupants must lock-In immediately when ordered and must comply with all orders from jail staff.
2. Occupants must be fully clothed when out of their cell or during any movement outside of the housing unit (Jail shirt & pant, t-shirt, socks, shower shoes). Occupants may not roll up pant legs or shirt sleeves or alter clothing in any way.
3. Occupants may not wear or display any type of gang signs or symbols.
4. Occupants shall keep their cell doors fully open unless using the toilet or out of the pod and cell lights must be kept on.
5. Occupants must clean their cells, including wet mop, make beds and remove garbage before the dayroom will be opened.
6. Occupants may not attach objects to cell walls, doors, vents, window, bunks, or lights.
7. Occupants may have five (5) books/magazines and one newspaper. Mail in excess of ten (10) pieces must be placed in occupant's property.
8. Occupants may store unopened packaged foods purchased from the commissary in their cells.
9. Telephones and televisions are not available until **ALL** the housing unit passes the officer's inspection.
10. Occupants shall not enter or linger near another occupant's cell.
11. Occupants will be held responsible for any damage to their cells, jail linen and clothing, including graffiti.
12. Occupants must keep all common areas of the unit clean.
13. Occupants shall not cross the red line.
14. Occupants may not be loud, boisterous, or disruptive.
15. Occupants shall not sit on the table or look through the blinds in the general housing area.
16. Occupants are required to maintain a level of personal hygiene consistent with group living.
17. No nude or inappropriate pictures or magazine cutouts allowed or displayed in or out of cells.
18. Occupants shall not share commissary items.

## GENERAL INSTITUTION RULES

1. **COUNT TIME**: During count you will be in your cell. You must remain on your bunk until count is cleared.
2. **NOISE:** Noise in the housing unit is to be kept to a minimum at all times.
3. **MEALS:** You shall line up at your cell door until directed by the officer to get in the meal line. You shall sit at a table; no chairs may be pre-selected. When you have completed your meal, you will return your tray to the cart and go to your cell. You will remain in your cell until the tables are sanitized and all food trays have been collected. NO FOOD FROM THE MEAL IS TO BE KEPT IN THE YOUR CELL AFTER THE MEAL.
4. **PRESCRIBED MEDICATIONS***:* You must be fully clothed, nothing on your head and no headphones. You must have a cup of water in your hand. You will take your medication in the presence of the officer and nurse dispensing medication. When requested, the occupant must open his/her mouth and show the Officer his/her hands.
5. **HORSEPLAY:** It will not be tolerated at any time.
6. **BEDS:** Beds are to be made properly, with the blue blanket on top at all times. You may lay **on top** of the blanket between 7 am and 9 pm
7. **HAIRCUTS/STYLING:** Occupants shall not "cut" each other's hair. This is to include facial hair. A request for barber services form must be submitted.
8. **INDIGENT ITEMS:** Any occupant proven to be indigent can order an indigent pack, one pack per week. Indigent pack includes shampoo, soap, deodorant, razor, toothpaste, and toothbrush; upon request two stamped envelopes.
9. **DRESS CODE:** You will wear your shirt tucked inside your pants and your pants will be up around your waist. You will wear a T-shirt, one smock and one uniform pair of pants. Keep your hands out of your pants. Nothing is to be worn in your hair. Pants cannot be rolled or tucked in socks.
10. When moving through the jail, every occupant must be completely dressed, walk on the right side of the hall, and absolutely no talking.
11. **VIDEO VISITING:** Any and all occupants are responsible for the appearance and behaviors of the people they visit. Command staff reviews the video of all visits. Clothing must be worn. Undergarments or revealing clothing is not acceptable. Lewd and lascivious behavior is not acceptable. The first occurrence will result in a 1-month suspension of ALL visits. The visitor may at the discretion of the command staff lose all visiting privileges with any

and all occupants. Any subsequent occurrence will result in permanent revocation of visiting privileges.

12. **MARRIAGE REQUEST:** A request must be submitted to Programs requesting the Occupant Marriage Request Form.

13. **RELIGIOUS PROGRAMS:** Occupants that disrupt programs may be banned and subject to disciplinary action.

## USE OF FORCE

Officers will use force when necessary to protect staff, visitors and occupants from bodily injury or death, to prevent escape and/or to maintain order.

## RED LINE POLICY

Inside of every housing unit the Officer's workstation perimeter is outlined on the floor by a red line. **NO OCCUPANT IS ALLOWED TO CROSS THE RED LINE.** Crossing the red line will be considered an act of aggression towards the Officer.

## FIGHT POLICY

### MCJ HAS A ZERO TOLERANCE POLICY FOR PHYSICAL ALTERCATIONS.

Any occupant involved in a physical altercation will be placed in restrictive housing.

You may be charged with "Battery by Prisoner" by the District Attorney's Office.

The housing unit may have restricted privileges pending an investigation of a major incident.

## PROPERTY

Only certain types of property can be transferred to prison. Before you are transferred to any facility you will be asked to sign a property release form allowing someone to pick up your property. **Unclaimed Property:** will not be held by the MCJ for more than thirty (30) days after the occupant's release or transfer to another institution. If no one picks up the property within thirty (30) days, it will be disposed of.

## DISCIPLINE CATEGORIES AND RANGES

| Category | Range | Median |
|----------|-------|--------|
| **J700 Rule Codes** | 0 to 23 hours | N/A |
| **J800 Rule Codes** | 24 hours to ten days | N/A |

### J700 Rule Code Violation: Minor

J701  Being in an Unauthorized Area
J702  Disobeying Verbal/Written Orders from Staff
J703  Gambling
J704  Intentional Removal, Tampering, Or Defacement of Id Bracelet
J705  Presenting False Information to Staff
J706  Refusal to Report to Work on Assigned Occupant Job
J707  Verbally/Physically Demonstrate Disrespect to An Officer or Staff Member
J708  Affixing Items to Walls, Fixtures, Or Windows
J709  Failure to Be Fully Dressed When Out of Cell
J710  Failure to Keep Cell Clean According to Facility Standard
J711  Failure to Maintain Proper Personal Hygiene
J712  Failure to Remain Silent During Occupant Movement Throughout Facility
J713  Horseplay
J714  Littering
J715  Possession of Contraband
J716  Possession of Excess Clothing/Bedding
J717  Possession of Unauthorized Clothing
J718  Sharing Commissary Items
J719  Storing Drinks or Food Other Than Unopened Packaged Foods Purchased Through the Commissary
J720  Use of Emergency Cell Intercom for Non-Emergency Purposes
J721  Violate Safety or Sanitation Regulations
J722  Wearing Headband/Head Covering W/O Authorization

### J800 Rule Code Violation: Major

J801  Being in Unauthorized Area
J802  Disobeying Verbal/Written Orders from Staff
J803  Gambling
J804  Intentional Removal, Tampering, or Defacement of ID Bracelet
J805  Presenting False Information to Staff
J806  Refusal to Report to Work on Assigned Occupant Job
J807  Verbally/Physically Demonstrate Disrespect to An Officer or Staff Member
J808  Arson
J809  Assault
J810  Committing Any Act that Requires Staff to Use Force Against an Occupant
J811  Committing Any Act that Disrupts a Judicial Proceeding
J812  Committing Any Act Which Necessitates a Security Search by Staff
J813  Committing Any Act that Disrupts the Orderly Operation of the Facility
J814  Counterfeiting/Forgery
J815  Defacing County Property
J816  Engaging Inappropriate Physical Contact
J817  Escape or Attempted Escape
J818  Extortion or Blackmail
J819  Failure to Comply with Classification Procedures
J820  Failure to Comply with Strip Search Procedure
J821  Failure to Cooperate with Facility Count
J822  Fighting
J823  Flooding or Causing Leakage to Cells, Walls, or Floors
J824  Inadequate/Work/Study Performance
J825  Indecent Exposure
J826  Intentionally Covering or Blocking Cell Door
J827  Intentionally Damaging Facility Security or Non-Safety Equipment
J828  Intentionally Damaging Facility Security or Safety Equipment
J829  Making Sexual Threats, Proposal, Gestures
J830  Misuse of Authorized Medication
J831  Particip Gang Related Activity or Communication, Whether Verbal/Non-Verbal
J832  Participation in a Disturbance Requiring CERT or K-9 Team
J833  Participation in Riots
J834  Physical Assault Occupant on Staff
J835  Poss. Of Unauthorized Monetary Items, I.E. Credit Cards, Money, Checks, ETC.
J836  Possession and/or Manufacture of Unauthorized Beverage
J837  Possession and/or Use of Smoking Materials
J838  Possession of a Weapon or Dangerous Instrument
J839  Possession of a Controlled Substance
J840  Possession of Another Occupant's ID Bracelet
J841  Possession of Stolen Property
J842  Possession of Unauthorized Medication
J843  Possession or Use of Intoxicants
J844  Possession of False Documentation/Forgery
J845  Punctuality/Attendance
J846  Refusing to go to Bunk/Cell
J847  Sexual Assault
J848  Sexual Assault in on Staff
J849  Tamper with any Permanent Building Fixture
J850  Tattooing
J851  Theft
J852  Threats to Another Person
J853  Throwing, Smearing, Or Intentional Misplacement of any Bio-Hazard Substance
J854  Throwing/Projecting any Item or Substance
J855  Use of Obscene Language to Staff
J856  Violation of Posted Facility Policy/Procedure
J857  Violation of Telephone or Mail Regulations
J858  Violation of Visiting Regulations
J859  Failure to Report
J860  Negative Police Contact
J861  Violation of Work Release/Community Access Rules
J862  Reporting to Facility Under the Influence of Drugs/Alcohol
J863  Brining Contraband into Huber Facility
J864  Intentionally Tamper with Electronic Monitoring Equipment

J865   Failure to Return to Huber Facility on Time/Tardiness
J866   Failure to Follow Huber/Electronic Monitoring Rules
J867   Failure to Return Call in a Timely Manner
J868   Failure to Keep Huber/E.S. Account in a Positive Standing

## DISCIPLINE HEARING

When you are charged with a J700 Rule Code violation you will be advised by the pod officer of the rule violated and the amount of lock-in time to be imposed and you will report to your cell immediately.

When you are charged with a J800 Rule Code Violation:

- Will be given a copy of the disciplinary notice 24 hours prior to a hearing that contains the rule(s) violated and a description of what happened.
- Will be scheduled for a hearing within three (3) days of the violation. The hearing may be conducted earlier if you waive the 24-hour notice.
- May attend the hearing but have the option of waiving your right to attend by submitting written statement to the hearing officer.
- Will be given an opportunity to call witnesses who have relevant information to the charges and to present documentary evidence on your behalf except when doing so would jeopardize security. Reasons for denying such a request are to be stated in writing and given to the occupant.  However, occupants do not have the right to confront or cross-examine witnesses or the right to civilian counsel.
- Will receive a written copy of the hearing officer's decision.

## APPEALS TO DISCIPLINE HEARING

Occupants shall be notified of their right to appeal the hearing officer's decision and of the following appeal process.

Occupants wishing to appeal the decision of the hearing officer must do so in writing within **five days** of the receipt of the written decision. All appeals will be forwarded to the Jail Commander or the authorized designee for review.

Only appeals based on the following will be considered:

- The disciplinary process or procedures were not followed.
- There was insufficient evidence to support the hearing officer's decision.
- The discipline imposed was not proportionate to the violation committed.

A final disposition shall be rendered as soon as possible if the occupant's appeal is granted, or discipline is reduced but no later than 10 days after the appeal. The decision of the review authority shall be final, and the result of the appeal shall be provided to the occupant in writing.

## GOOD TIME
An occupant that has received good time from the courts during sentencing may lose "good time" awarded by the court if they incur violations of J800 Rule Code Violation (Major). An occupant may lose up to 2 days per violation.

## GRIEVANCES
The Milwaukee County Jail strives for the resolution of inmate problems. The steps for inmates to follow to file a grievance shall be available to all inmates. A grievance must address an issue personally affecting that inmate in the area of health, welfare, services, living conditions, jail personnel actions, rule, policy, or procedure. The grievance system may also be used to raise issues regarding civil rights, classification, disciplinary actions, or administrative confinement. Court orders and formal discipline are not grievance issues.

Responses to grievances and appeals related to healthcare will be provided by the facility's contracted healthcare provider. Neither the Milwaukee County Sheriff's Office, Jail administration, nor Jail staff review healthcare-related grievances. All medical and healthcare grievances are submitted to the facility's contracted healthcare provider via the kiosk.

**RESPONSIBILITIES**: Inmates must attempt to resolve the issue by addressing the problem with the officer involved in the complaint before filing a formal grievance. Inmates can only have three grievances open and pending simultaneously. If an inmate would like to submit another grievance after reaching the max of three, the inmate must wait until at least one grievance is closed before proceeding, except that any of the following are not subject to the filing restrictions:

- Complaints regarding the inmate's health and personal safety
- Complaints made under PREA.
- Grievances re-submitted because the original grievance did not contain sufficient details for a determination.
- Inmates shall limit a grievance to 500 characters, are not permitted to use vulgar or disrespectful language, and must limit each grievance to one complaint. No group grievances will be accepted.

Each grievance will have a file number, and when it is closed it will be printed by Special Projects for record keeping purposes.

**INMATE GRIEVANCE PROCEDURE:** Each grievance must meet all the following requirements:
(a) A grievance must be filed no later than 7 days after the incident, occurrence or matter that is the subject of the grievance. Untimely grievances will not be considered.
(b) The inmate must submit the grievance using a Kiosk located in the housing unit. If an inmate does not have access to a Kiosk, they may request a grievance form from housing officers and the officer(s) will submit the completed form to the floor supervisor to be processed through the Grievance System.
(c) If an inmate needs help filing a grievance, the housing officer or Jail advocate will be requested for assistance in using the Kiosk to file the grievance or to provide help completing a grievance form. If you do not feel comfortable using English to file a grievance you may write the grievance in your native language and the Milwaukee County Sheriff's Office (MCSO) will respond to the grievance accordingly.
(d) Inmates must provide relevant supporting documentation, if any, by providing the documents to the housing officer on duty at the time the grievance is submitted. The officer will submit the documents to the floor supervisor. The documents will be included as part of the grievance.
(e) If the grievance involves an officer or multiple officers, the grievance must identify each officer by name or, if the name of the officer is unknown, the inmate must provide enough details so that the officer or officers can be identified. Inmates shall include information such as the housing unit, date of incident, time of incident, and a general description of the officer(s). If the grievance does not identify the officers complained of in some way, the grievance will be returned to the inmate. If the grievance is returned to the inmate because it does not identify the officers complained of, that does not mean that a determination of the issue grieved has been made. The inmate should re-submit the grievance with the appropriate identifying information, not submit an appeal.

Grievances must clearly identify the conduct complained of (the issue) and may contain only one clearly identified issue per grievance. If the incident gave rise to multiple issues due to the conduct of multiple officers a separate grievance must be filed as to each of the issues complained of. Grievances must contain sufficient information for the MCSO to investigate and decide the compliant.

Inmates transferred to another institution or released from custody after an incident but before filling a grievance, may file the grievance to the MCSO for investigation and the reviewing authority will still issue a decision. Grievances shall be filed in writing to:

Milwaukee County Jail
c/o Special Projects
949 N. 9th St.
Milwaukee, WI 53223

The grievance must be post-marked within 7 days of the incident that forms the basis for the grievance or it will not be considered.

To use a kiosk:
- log into the kiosk located in each housing unit.

- Enter Inmate Booking Number/PIN number.
- Open the Request Manager by clicking on the "request" button.
- Select category and type of request.
- Enter request using the keyboard, then submit request.
- Checking the status of a request can be made by going into Request History. Responses to grievances and requests can be viewed by using the Request Manager.

**RETURNED GRIEVANCE:** If a grievance is returned to an inmate for any reason, the inmate should follow the directions provided in the response to the returned grievance. Failure to follow directions provided may result in the grievance submission not being processed.

**INMATE APPEAL TO GRIEVANCE RESPONSE**: To exhaust the administrative grievance procedure, inmates must appeal the grievance determination to a jail supervisor within 7 days after the date of the determination on the original grievance or, if the inmate does not receive a determination, within 28 days after the grievance was filed. If the inmate is transferred to another institution or released from custody after the incident that forms the basis for the grievance has occurred, but before they can file a grievance appeal, they may file a grievance appeal in writing and mail it to the Milwaukee County Jail at the address contained above. This appeal must be post-marked within 7 days after the date of the determination on the original grievance or, if the inmate does not receive a determination, within 28 days after the grievance was filed.

Grievance appeals must meet all of the following requirements:

(a) The inmate must submit the grievance appeal through a Kiosk located in the housing unit. If the inmate does not have access to a Kiosk, they may request a grievance appeal form from housing officers and the officer(s) will submit the completed form to the floor supervisor to be entered into the Grievance System.
(b) The grievance appeal must provide additional relevant supporting information and/or documentation.
(c) The grievance appeal is limited to the issue raised in the original grievance.
(d) In the absence of additional information/documentation, the determination of the jail supervisor who decides the grievance appeal will be final.

If the inmate does not receive a decision within 14 days after the appeal was filed with the Jail supervisor, the grievance shall be deemed denied.

If additional information/documentation regarding the grievance becomes available to the inmate, and the jail supervisor who decided the grievance appeal provided a determination on the original grievance appeal, the inmate may submit one final appeal to the jail commander or authorized designee within 14 days of the receipt of the grievance appeal determination. If the inmate is transferred to another institution or released from custody before they can file a final grievance appeal, they may file a final grievance appeal in writing and mail it to the Milwaukee County Jail at the address contained above. This appeal must be post-marked within 14 days of the receipt of the grievance appeal determination. Your final grievance appeal must include all of the following:

(a) All previous writings and supporting testimony that you included in your original grievance and grievance appeal.
(b) Any newly found information/evidence.
(c) The requirements for submitting a final appeal are the same as the first appeal.

Determinations on the final grievance appeal by the Jail commander or the authorized designee are final. If an inmate does not receive a decision within 14 days after the appeal was filed with the Jail commander or the authorized designee, the grievance shall be deemed denied (and the grievance process exhausted) and the grievance process will be closed.

Abuse of the inmate grievance process may result in disciplinary action.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Before an inmate may commence a civil action related to a grievance, the inmate must complete each of the steps of the Jail's grievance procedure to exhaust all administrative remedies.

**MAIL**

Inmates may, at their own expense, send and receive mail without restrictions on quantity, provided it does not jeopardize the safety of staff, visitors or other inmates, or pose an unreasonable disruption to the orderly operation of the facility. However, inmates are only allowed to store a limited number of letters in their cell, as determined by the Jail Commander. Excess mail will be stored with the inmate's personal property and returned at his/her release.

Upon request, indigent inmates will be permitted to mail up to two letters per week with postage to be paid by this agency.

To maintain the safety and security of the facility and prevent the introduction of contraband, mail may be scanned and provided to the inmate in digital form on provided tablets and/or the kiosks. Inmates who do not wish to have their mail scanned and provided to them digitally can submit a request to opt out of scanning. If an inmate opts out of scanning, clearly marked Attorney/Client correspondence will not be scanned and will be opened for inspection only in the presence of the inmate. All other mail will be returned to the sender unopened.

**ATTORNEY/CLIENT CORRESPONDENCE:** Inmates may correspond confidentially with their attorney. (Wis. Admin. Code DOC § 350.29). See the Inmate Access to Courts and Counsel policy for further guidance. Facility staff may inspect outgoing attorney correspondence for contraband before it is sealed, provided the inspection is completed in the presence of the inmate. In the event that attorney/ client correspondence is inspected, staff shall limit the inspection to a search for physical items that may be included in addition to the correspondence and shall not read the content of the correspondence itself.

**SUSPENSION/RESTRICTION OF MAIL PRIVILEGES**: Mail privileges may be suspended or restricted upon approval of the Jail Commander or the authorized designee whenever staff becomes aware of mail sent by an inmate that involves:

(a) Threats of violence against any member of the government, judiciary, legal representatives, victims or witnesses.
(b) Incoming or outgoing mail representing a threat to the security of the facility, staff or the public.
(c) A court-order restriction.

The District Attorney's Office or Corporation Counsel should be consulted in cases where criminal charges are considered against an inmate or there is an apparent liability risk to the Agency that relates to suspension or restriction of mail privileges.

**PROCESSING AND INSPECTION OF MAIL BY STAFF:** Staff should process incoming and outgoing mail as expeditiously as reasonably possible. Incoming and outgoing mail should be processed within 24 hours. Mail processing may be suspended on weekends, holidays or during an emergency. Non-privileged mail is subject to inspection outside the presence of the inmate.
Assigned correctional officers should open and inspect all incoming general mail of current inmates (Wis. Admin. Code DOC § 350.29). The correspondence may be read as frequently as deemed necessary to maintain security or monitor a particular problem. Mail for inmates no longer in custody should not be opened and marked return to sender. Except for attorney/client correspondence, outgoing mail may not be sealed by the inmate and may be read and inspected by staff when:

(a) There is reason to believe the mail would:
   1. Interfere with the orderly operation of the facility.
   2. Be threatening to the recipient.
   3. Facilitate criminal activity.
(b) The inmate is on a restricted mail list.
(c) The mail is between inmates.
(d) The envelope has an incomplete return address.

When mail is found to be inappropriate in accordance with the provisions of this policy or when an inmate is sent material that is not prohibited by law but is considered contraband by the facility, the material may be returned to the sender or held in the inmate's property to be given to the inmate upon release. Items considered contraband when received through the mail are any item available through commissary services including but not limited to stationary (e.g. blank or nearly blank paper), postage stamps, or envelopes.

Inmates are not allowed to correspond with other inmates in this jail or the Community Reintegration Center, unless the inmates are family members and only in some scenarios and when approved by a shift commander.

Inmates shall be notified in writing whenever their mail is held or returned to the sender. Mail logs and records, justification of censoring or rejection of mail, and copies of hold or return notices shall be maintained in the inmate's file in accordance with established records retention schedules (Wis. Admin. Code DOC § 350.29).

Government checks and money orders contained in incoming inmate mail shall be removed and credited to the inmate's account. Personal checks may be held in the inmate's property to be given to the inmate upon release. Cash should be returned to the sender. A log entry should be made noting the return of the cash.

**SUSPICIOUS MAIL**: If suspicious mail is found, the Shift Commander shall be notified immediately. the Shift commander will determine the appropriately actions. Mail containing a suspicious substance or hazardous material shall be handled accordingly.

**BOOKS, NEWSPAPERS, MAGAZINES, AND PERIODICALS:** Unless otherwise in conflict with this policy and prohibited by the Jail Commander, inmates are permitted to purchase, receive and read books newspapers, periodicals, or other such writings accepted for distribution by the U.S. Postal Service. Books and periodicals, including newspapers and magazines, shall be accepted only if they are mailed directly from the publisher or other commercial source to a named inmate. All books and periodicals must be paperback. In addition, for a book to be accepted, the publisher or other commercial source must be confirmed by the Jail to be a bona fide book publisher or other commercial source, and books sent by a publisher or other commercial source with a confirmed history of sending contraband into custodial settings will be rejected. A local daily newspaper in general circulation, including a non-English publication, shall be made available to interested inmates (Wis. Admin. Code DOC § 350.34).

**REJECTION OF BOOKS, NEWSPAPERS, MAGAZINES, AND PERIODICALS**: The Agency may reject books, periodicals and other materials that may inhibit the reasonable safety of staff, visitors, or occupants or otherwise pose an unreasonable disruption to the orderly operation of the Jail. Materials that may be rejected include, but are not limited to:

- Materials that advocate violence or a security breach.
- Literature that would have a tendency to incite racial unrest.
- Sexually explicit material, including pornographic magazines, nude pictures, pictures, or descriptions of sexually explicit activities.
- Obscene publications or writings and mail containing information concerning where or how such matter may be obtained; any material that would have a tendency to incite murder, arson, riot, violent racism or any other form of violence; any material that would have a tendency to incite crimes against children; any material concerning unlawful gambling or an unlawful lottery; and any material concerning the manufacture or use of weapons, narcotics, or explosives or any other unlawful activity.
- Material that would have a tendency to lead to sexual aggression or an offensive environment for inmates.
- Material that would have a tendency to create a hostile or offensive work environment for staff.
- Any material with content that could reasonably demonstrate a legitimate government interest in rejecting the material.

Staff shall notify the Jail Captain or Lieutenant whenever a decision is made to reject books, newspapers, magazines or other periodicals. The Jail Commander or the authorized designee will be responsible for making the final decision as to the specific magazines, periodicals and other materials that will be prohibited within this facility.

When a book or periodical is rejected under this policy, notice will be sent both to the intended recipient and the sender, notifying the intended recipient and the sender of the reason or reasons for the rejection and that the sender has the right to appeal the rejection in writing within fourteen (14) days to the Jail Commander or his or her designee. The intended recipient retains the right to appeal any such rejection of a book or periodical under the occupant grievance process. The jail will hold any rejected book or periodical pending such an appeal.

Religious texts not supplied by facility-authorized entities may be accepted by the chaplain or other religious volunteer who has received training on facility rules involving contraband, and who has been approved by a supervisor to review such documents for distribution.

**FORWARDING OF MAIL:** Any non-legal mail received for a former inmate should be returned to the sender with a notation that the inmate is not in custody. Obvious legal mail should be forwarded to the former inmate's new address if it is reasonably known to the facility. Otherwise, legal mail should be returned to the sender.

**INDIGENT INMATE REQUESTS FOR WRITING MATERIALS:** Indigent inmates shall receive writing materials on a weekly basis, as provided by an approved schedule established by the Jail Commander or authorized designee. Writing materials should include the following:

- At least two pre-stamped envelopes for correspondence with family and friends
- Six sheets of paper
- One washable flex pen

## TELEPHONES

Telephones are in all housing units. All telephone calls are monitored and recorded. Telephone privileges will begin after your unit passes daily inspections. Out-going calls are collect or using phone credits purchase thru the commissary kiosks. Calls are limited to 15 minutes. No three-way calls are allowed. Abuse or illegal use of the telephone will result in loss of privileges, disciplinary action, or criminal charges.

It shall be the policy of the MCJ to record and maintain a record of each occupant telephone call under Wisconsin Administrative Code D.O.C. 309.36(6). POD phones will not accept incoming calls.

Upon verification, MCJ staff may convey messages from your attorney regarding legal issues or messages from your immediate family regarding serious illness or death.

## FAMILY/FRIENDS VISITING:

We encourage occupants to maintain ties with their families and the community through visits with family, friends, attorneys, and other professionals. The Milwaukee County Jail allows for offsite visits via video. All visits are monitored and recorded. Personal recording of visits is strictly prohibited and will result in the permanent loss of all visiting privileges to any occupant in the Milwaukee County Jail.

Off-site visiting is available through Gettingout.com and the GettingOut app visiting software. Visitors may use personal computers that have a webcam, laptops with a webcam and/or smartphones. Per minute fees are associated with off-site visiting.

Availability and hours are subject to change.

## EARNING GOOD CONDUCT

Occupants at the MCJ will earn good conduct time in accordance with State Laws. Good Conduct time is given to occupants serving a misdemeanor sentence or commitment issued from the Milwaukee County Sheriff's Office and based on Wis. Statute 303.19(3). In this case, five (5) days of Good Conduct time will be given at the end of each month provided there are **no J800 violations of institution rules**.

## VOTING

Submit a request, through the Kiosk, to Programs, the volunteer coordinator will assist you with registration and absentee voting. All registration forms must be received at the City Election Commission by 5 p.m., exactly 20 days prior to all elections (3rd Wednesday before Election Day).

If you are already a registered voter and wish to vote by absentee ballot, your request for an absentee ballot must be received at the City Election Commission by 5 p.m. on Election Day.

### AUTHORIZED ITEMS FOR OCCUPANT POSSESSION

Per SC 6.6.1 of the Milwaukee County Sheriff's Office MCJ Policy and Procedure, the following items are authorized for occupant possession:

| Item(s) | Quantity |
|---|---|
| Legal papers | Unlimited |
| Radio/Headphones | One (1) purchased from Commissary |
| Batteries | Four (4) |
| Books | Five (5) |
| Magazines | Five (5) |
| Newspapers | One (1) |
| Eyeglasses | Prescription only |
| Bible | One (1) |
| Photos | Ten (10) non-polaroids |
| Legal Pad | One (1) |
| Sketch Pad | One (1) |
| Envelopes | Ten (10) |
| Stamps | Ten (10) |
| Comb | One (1) |
| Toothpaste | Two (2) tubes |
| Toothbrush | One (1) |
| Soap | Two (2) bars |
| Deodorant | Two (2) |
| Shampoo | Two (2) |
| Mail | Ten (10) pieces |

| Clothing | Jail Issued |
|---|---|
| Jail pant | Two (2) |
| Jail shirt | Two (2) |
| T-shirt | Two (2) |
| Underwear | Two (2) |
| Socks | Two (2) pair |
| Shower shoes | One (1) pair |
| Towel | One (1) |
| Washcloth | One (1) |
| Blanket | Two (2) |

### MEDICAL/DENTAL & MENTAL HEALTH CARE

The following procedure is to be followed when requesting Medical/Dental or Mental Health care:

- Occupants will complete a "Non-Emergency Health Care Request" form properly completing all information. This form is a request to be seen by a licensed member from the Health Services Unit or Mental Health staff. Completion of this form does not guarantee a visit from a health care professional or mental health staff member but does ensure it will be reviewed.
- There is a $7.50 co-pay charge for medical and dental care. There is **no charge** for mental health services. The money will be deducted from your commissary account. If you are indigent, a negative balance will be entered. Your medical and dental care needs will be addressed regardless of your ability to pay.
- "Non-Emergency Health Care Request" forms are to be placed in the locked box in each housing unit. The forms are collected by nursing personnel every day. Occupants with urgent medical problems will be seen first. Mental Health requests are forwarded to mental health staff to be reviewed.
- If your condition warrants, the nurse may refer you to the doctor or the nurse practitioner at no additional charge.
- If your condition warrants, the psychiatric social worker may refer you to be seen by a psychiatrist or other mental health provider.

### TIPS TO A HEALTHY LIFESTYLE

#### Good Eating Habits
Eating a healthy diet and getting regular exercise can reduce health risk and help maintain an ideal weight.

#### Regular Exercise
Moderate exercise or as an alternative incorporate as much physical movement into your daily activities as you can

#### Hand Washing
Hand washing helps prevent and control spread of infections. Failure to wash hands and frequent scratching increases the risk of skin infections. Use soap and warm water. Clean your hands:

#### Good Sleep Habits
Get enough sleep. Most people need approximately eight hours of sleep each night. Daytime sleeping/napping creates nighttime sleep problems.

#### Lifestyle Tips
Practice good hygiene; shower with soap and warm water every day.

#### Good Oral Health Care
Brushing your teeth prevents tooth decay, cavities, gum disease, and bad breath.

**Prison Rape Elimination Act (PREA)**

### REPORTING SEXUAL ABUSE

MCJ has zero tolerance for sexual harassment and/or abuse. An occupant that feels they are the victim of sexual assault or misconduct with Staff, MCSO volunteers or contractors or other occupants must report the actions immediately.

An occupant may report the violation as follows:
- File a grievance
- Notify an officer, lieutenant, or a captain
- Notify a medical or psychiatric professional
- Use the occupant phone system to leave a message with all the details

Paper copies of the occupant handbook will be available upon request. The first copy will be free; additional requests will be charged according to the established copy fee schedule. You may request paper copies of the occupant handbook through the kiosk. Enter the request under Records as a Public Records Request and mention that you accept the copy fees to expedite the process.