**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WISCONSIN**

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUN 16 A 8: 29

CLERK OF COURT

**LAWRENCE HOWARD,**

Plaintiff,

v. Case No. 25-CV-1996

**JEFFREY GRUENKE,**

Defendant.

**DECLARATION OF LAWRENCE HOWARD IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Lawrence Howard, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct based upon my personal knowledge:

1. I was incarcerated at Milwaukee County Jail beginning on June 16, 2025.
2. I remained in the booking process from approximately 4:00 p.m. on June 16, 2025 until approximately 7:00 p.m. to 8:00 p.m. on June 17, 2025 before being assigned housing.
3. During the booking process, I was housed in overcrowded conditions with approximately 13 to 14 individuals in a small holding cell.
4. The holding cell contained only one toilet and two small concrete slabs.
5. I was not provided proper bedding and was forced to rest on a concrete surface.
6. I received little food or water and was not properly fed for approximately 20 to 24 hours.
7. After being assigned housing, I was frequently confined to my cell for extended periods, often approximately 26 to 28 hours at a time.
8. These extended confinement periods significantly limited my ability to access jail resources, kiosks, staff assistance, and grievance procedures.
9. Although other inmates in my housing unit were assigned tablets, I was not assigned a tablet.
10. I experienced chest pain, shortness of breath, and symptoms that I believed constituted a medical emergency.
11. I repeatedly requested medical attention regarding those symptoms.
12. I attempted to locate and utilize the grievance process through the kiosk system but did not understand how to properly navigate the system.
13. I searched the available kiosk options but could not locate the grievance process.
14. I approached Correctional Officer Jordan Johnson and requested assistance with using the kiosk and filing a grievance.
15. Officer Johnson did not assist me.
16. If camera footage exists from the housing unit and kiosk area during the relevant time period, it should show me approaching the correctional officer's desk and requesting assistance regarding the kiosk and grievance process.
17. The footage should further show Officer Johnson ignoring my request and assisting other inmates instead.
18. As a result, I was not provided meaningful assistance regarding the grievance process.
19. I did not receive a copy of the inmate handbook while incarcerated.
20. I was never informed that grievances could be filed by mail after release.

21. I was never informed of any seven-day deadline for filing a grievance after release.
22. I was never informed that mailing a grievance after release was necessary to exhaust administrative remedies.
23. I was released from Milwaukee County Jail on June 20, 2025.
24. Following my release, I faced immediate housing instability and lacked access to many of my personal belongings.
25. I had to secure shelter, clothing, food, transportation, and other necessities before I could begin addressing legal and administrative matters.
26. Despite those circumstances, I pursued complaints regarding the events that form the basis of this lawsuit.
27. I did not knowingly ignore, bypass, or refuse to use the grievance process.
28. Rather, I attempted to locate and use the grievance process, requested assistance from correctional staff, was not provided meaningful assistance, and was never informed of the post-release grievance procedure Defendant now relies upon.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2026