# United States District Court
### EASTERN DISTRICT OF WISCONSIN

LAWRENCE HOWARD,

      **Plaintiff,**

      **v.**

JEFFREY GRUENKE,

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**
**Case No. 25-CV-1996**

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this action is DISMISSED without prejudice.

Dated:   July 14, 2026

                            LINDA M. KLEMM
                            CLERK OF COURT

                            s/ Joleen M. Krings
                            (By) Deputy Clerk